UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JACK "JAY" PALMER, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00031 |
| | § | |
| INFOSYS LIMITED, NARAYANA MURTHY, JEFFREY FRIEDEL and S. D. SHIBULAL, | § § § | |
| | § | |
| Defendants. | § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on June 16, 2015. The conference resulted in a settlement in principal. All parties and counsel were present.

Note from the Mediator: The parties are working on settlement documents. I expect it may require as much as 45 days to draft and execute settlement documents and consummate the settlement.

SIGNED this 17th day of June, 2015.

_____
Christopher Nolland, Assigned Mediator
Attorney-Mediator
1717 Main Street
Suite 5550, Box 39
Dallas, TX 75201-4639

This is to certify that on June 17, 2015, I caused the foregoing document to be served electronically by having my office transmit it to the Clerk of the Court using the ECF system.

_____
Christopher Nolland