IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACK "JAY" PALMER, JR., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> INFOSYS LIMITED, *et al,* § <br> § <br> Defendants. § <br> § <br> § | Civil Action No. 4:15-cv-00031-RC-CMC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Infosys Limited and Jeffrey Friedel (hereinafter the "Defendants") and Plaintiff Jack "Jay" Palmer, Jr. (hereinafter "Plaintiff") (collectively "the Parties"), being all parties who have appeared in this action, hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).  By doing so, the Parties jointly stipulate and agree that this matter shall be dismissed, with prejudice, with each side to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

*/s/ Michelle B. Brookshire*
Michelle B. Brookshire
Texas State Bar No. 24063970
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Fax)
mbrookshire@littler.com

Edward T. Ellis (Lead Attorney) (admitted pro hac vice)
Pennsylvania State Bar No. 23680

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000
267.402.3131 (Fax)
eellis@littler.com

ATTORNEYS FOR DEFENDANTS


*/s/ Christopher P. Thorman*
Christopher P. Thorman
Thorman Petrov Griffin Co., LPA
Brendan Healy
3100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113
216.621.3500
216.621.3422 (Fax)
cthorman@tpgfirm.com
bhealy@tpgfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the court.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system as follows:

Christopher P. Thorman
Brendan Healy
Thorman Petrov Griffin Co., LPA
3100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113
216.621.3500
216.621.3422 (Fax)
cthorman@tpgfirm.com

                                              */s/ Michelle B. Brookshire*
                                              Edward T. Ellis
                                              Michelle B. Brookshire

Firmwide:134793419.2 060893.1025